**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 15-70035-JAD |
| **Jeremiah J. Laughard,** | : | |
| Debtor | : | Chapter 13 |
| | : | |

**CERTIFICATE OF SERVICE OF AMENDED
CHAPTER 13 PLAN DATED OCTOBER 4, 2016**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 6th day of October, 2016, a true and exact copy of the Amended Chapter 13 Plan dated October 4, 2016, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: October 6, 2016

Respectfully submitted,
  /s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtors

_____
*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 16-70443-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Thu Oct  6 11:01:07 EDT 2016 | 7<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | Bank Of America, N.A.<br>PO BOX 31785<br>Tampa, FL 33631-3785 |
| Bank of America<br>P.O. Box 15019<br>Wilmington, DE 19886-5019 | Barclays Bank Delaware<br>Po Box 8801<br>Wilmington, DE 19899-8801 | Best Buy/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| COMENITY CAPITAL BANK<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Chase<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase Auto Finance<br>P.O. Box 78050<br>Phoenix, AZ 85062-8050 |
| Citibank<br>Citicorp/Centralized Bankruptcy<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Citibank/Best Buy<br>Centralized Bankruptcy/CitiCorp Credit S<br>Po Box 790040<br>St Louis, MO 63179-0040 | Citibank/The Home Depot<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| Citizens One Auto Finance<br>1 Citizens Drive<br>ROP15B<br>Riverside R.I 02915-3019 | Comenity Bank/Victoria Secret<br>Po Box 18215<br>Columbus, OH 43218 | Comenity Bank/gndrntmc<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Comenitycapital/boscov<br>Po Box 182120<br>Columbus, OH 43218-2120 | Commonwealth of Pennsylvania<br>Department of Revenue<br>Bureau of Individual Taxes<br>P.O. Box 280432<br>Harrisburg, PA 17128-0432 | First Bankcard<br>P.O. Box 2557<br>Omaha, NE 68103-2557 |
| First National Bank<br>Attn:  FNN Legal Dept<br>1620 Dodge St Mailstop Code 3290<br>Omaha, NE 68102-1593 | First National Bank of Omaha<br>1620 Dodge St., Stop Code 3105<br>Omaha, NE 68197-0002 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>P.O. Box 29505 AZ1-1191<br>Phoenix, AZ 85038-9505 | Kay Jewelers/Sterling Jewelers Inc.<br>Sterling Jewelers<br>Po Box 1799<br>Akron, OH 44309-1799 | LVNV Funding, LLC its successors and assigns<br>assignee of EAGLEWOOD WAREHOUSE TRUST I<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lending Club Corp<br>71 Stevenson St<br>Suite 300<br>San Francisco, CA 94105-2985 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>1100 WHERLE DRIVE<br>WILLIAMSVILLE NY 14221-7748 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Merho Federal Credit Union<br>15 Irene St<br>Johnstown, PA 15905-4124 | Merrick Bank/Geico Card<br>Po Box 23356<br>Pittsburg, PA 15222-6356 | Nasa Federal Credit Union<br>PO Box 1588<br>Bowie, MD 20717-1588 |

| | | |
|---|---|---|
| Nationwide Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222-4747 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO BOX 280946<br>Harrisburg, PA 17128-0946 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | RBS Citizens Cc<br>Attn: Bankruptcy Department<br>443 Jefferson Blvd Ms: Rjw-135<br>Warwick, RI 02886-1321 |
| Sterling Jewelers Inc.<br>c/o Five Lakes Agency, Inc.<br>P.O. Box 80730<br>Rochester, MI 48308-0730 | Syncb/PayPal Credit Service<br>P.O. Box 960080<br>Orlando, FL 32896-0080 | Synchrony Bank/ JC Penneys<br>Po Box 965064<br>Orlando, FL 32896-5064 |
| Synchrony Bank/Amazon<br>Po Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/Lowes<br>Po Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/Old Navy<br>Po Box 965064<br>Orlando, FL 32896-5064 |
| TD BANK USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target<br>C/O Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440-9475 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 |
| Kimberly A Miller<br>1015 Pomona Drive<br>Johnstown, PA 15905-1955 | Ralph M Miller<br>1015 Pomona Drive<br>Johnstown, PA 15905-1955 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| M & T Bank<br>P.O. Box 900<br>Millsboro, DE 19966 | (d)M&T Bank<br>P.O. Box 840<br>Buffalo, NY 14240-0840 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)M&T Bank

End of Label Matrix
Mailable recipients    47
Bypassed recipients    1
Total    48