**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 16-70443-JAD |
| Ralph M. Miller and | : | |
| Kimberly A. Miller, | : | Chapter 13 |
| Debtors | : | |
| | : | |

**CERTIFICATE OF SERVICE OF AMENDED**
**CHAPTER 13 PLAN DATED OCTOBER 4, 2016**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 6th day of October, 2016, a true and exact copy of the Amended Chapter 13 Plan dated October 4, 2016, along with a copy of the Order dated October 5, 2016, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: October 7, 2016

Respectfully submitted,
  /s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtors

_____
*Parties served by the court electronically were not served by regular mail.

```
Label Matrix for local noticing          7                                      Bank Of America, N.A.
0315-7                                   U.S. Bankruptcy Court                  PO BOX 31785
Case 16-70443-JAD                        5414 U.S. Steel Tower                  Tampa, FL 33631-3785
WESTERN DISTRICT OF PENNSYLVANIA         600 Grant Street
Johnstown                                Pittsburgh, PA 15219-2703
Thu Oct  6 11:01:07 EDT 2016

Bank of America                          Barclays Bank Delaware                 Best Buy/cbna
P.O. Box 15019                           Po Box 8801                            Po Box 6497
Wilmington, DE 19886-5019                Wilmington, DE 19899-8801              Sioux Falls, SD 57117-6497


COMENITY CAPITAL BANK                    Chase                                  Chase Auto Finance
C O WEINSTEIN & RILEY, PS                Attn: Correspondence Dept              P.O. Box 78050
2001 WESTERN AVENUE, STE 400             Po Box 15298                           Phoenix, AZ 85062-8050
SEATTLE, WA 98121-3132                   Wilmington, DE 19850-5298


Citibank                                 Citibank/Best Buy                      Citibank/The Home Depot
Citicorp/Centralized Bankruptcy          Centralized Bankruptcy/CitiCorp Credit S   Po Box 6497
Po Box 790040                            Po Box 790040                          Sioux Falls, SD 57117-6497
Saint Louis, MO 63179-0040               St Louis, MO 63179-0040


Citizens One Auto Finance                Comenity Bank/Victoria Secret          Comenity Bank/gndrmtmc
1 Citizens Drive                         Po Box 18215                           Po Box 182125
ROP15B                                   Columbus, OH 43218                     Columbus, OH 43218-2125
Riverside R.I 02915-3019


Comenitycapital/boscov                   Commonwealth of Pennsylvania           First Bankcard
Po Box 182120                            Department of Revenue                  P.O. Box 2557
Columbus, OH 43218-2120                  Bureau of Individual Taxes             Omaha, NE 68103-2557
                                         P.O. Box 280432
                                         Harrisburg, PA 17128-0432


First National Bank                      First National Bank of Omaha           Internal Revenue Service
Attn: FNN Legal Dept                     1620 Dodge St., Stop Code 3105         Centralized Insolvency Operation
1620 Dodge St Mailstop Code 3290         Omaha, NE 68197-0002                   P.O. Box 7346
Omaha, NE 68102-1593                                                            Philadelphia, PA 19101-7346


JPMorgan Chase Bank, N.A.                Kay Jewelers/Sterling Jewelers Inc.    LVNV Funding, LLC its successors and assigns
National Bankruptcy Department           Sterling Jewelers                      assignee of EAGLEWOOD WAREHOUSE TRUST I
P.O. Box 29505 AZ1-1191                  Po Box 1799                            Resurgent Capital Services
Phoenix, AZ 85038-9505                   Akron, OH 44309-1799                   PO Box 10587
                                                                                Greenville, SC 29603-0587


Lending Club Corp                        (p)M&T BANK                            MERRICK BANK
71 Stevenson St                          LEGAL DOCUMENT PROCESSING              Resurgent Capital Services
Suite 300                                1100 WHERLE DRIVE                      PO Box 10368
San Francisco, CA 94105-2985             WILLIAMSVILLE NY 14221-7748            Greenville, SC 29603-0368


Merho Federal Credit Union               Merrick Bank/Geico Card                Nasa Federal Credit Union
15 Irene St                              Po Box 23356                           PO Box 1588
Johnstown, PA 15905-4124                 Pittsburg, PA 15222-6356               Bowie, MD 20717-1588
```

| | | |
|---|---|---|
| Nationwide Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222-4747 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO BOX 280946<br>Harrisburg, PA 17128-0946 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | RBS Citizens Cc<br>Attn: Bankruptcy Department<br>443 Jefferson Blvd Ms: Rjw-135<br>Warwick, RI 02886-1321 |
| Sterling Jewelers Inc.<br>c/o Five Lakes Agency, Inc.<br>P.O. Box 80730<br>Rochester, MI 48308-0730 | Syncb/PayPal Credit Service<br>P.O. Box 960080<br>Orlando, FL 32896-0080 | Synchrony Bank/ JC Penneys<br>Po Box 965064<br>Orlando, FL 32896-5064 |
| Synchrony Bank/Amazon<br>Po Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/Lowes<br>Po Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/Old Navy<br>Po Box 965064<br>Orlando, FL 32896-5064 |
| TD BANK USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target<br>C/O Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis, MN 55440-9475 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 |
| Kimberly A Miller<br>1015 Pomona Drive<br>Johnstown, PA 15905-1955 | Ralph M Miller<br>1015 Pomona Drive<br>Johnstown, PA 15905-1955 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| M & T Bank<br>P.O. Box 900<br>Millsboro, DE 19966 | (d)M&T Bank<br>P.O. Box 840<br>Buffalo, NY 14240-0840 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)M&T Bank

End of Label Matrix
Mailable recipients    47
Bypassed recipients    1
Total                  48