**Form 150**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                    Bankruptcy Case No.: 16–70443–JAD
                                                          Doc. # 23
                                                          Chapter: 13
                                                          Docket No.: 24 – 23
                                                          Conciliation Conference Date: 11/17/16 at 10:00 AM

**Ralph M Miller**
   Debtor(s)                                              Kimberly A Miller

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

on the respondent(s) at (list names and addresses here):

Executed on _____          _____
                          (Date)                                              (Signature)
_____
(Type Name and Mailing Address of Person Who Made Service)

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 16-70443-JAD
Ralph M Miller                                                              Chapter 13
Kimberly A Miller
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch              Page 1 of 2              Date Rcvd: Oct 05, 2016
                             Form ID: 150            Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2016.
```
db/jdb      +Ralph M Miller,   Kimberly A Miller,   1015 Pomona Drive,   Johnstown, PA 15905-1955
14292557     Bank Of America, N.A.,   PO BOX 31785,   Tampa, FL 33631-3785
14242585    +Bank of America,   P.O. Box 15019,   Wilmington, DE 19886-5019
14242586    +Barclays Bank Delaware,   Po Box 8801,   Wilmington, DE 19899-8801
14242587    +Best Buy/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
14242588    +Chase,   Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
14242590    +Citibank,   Citicorp/Centralized Bankruptcy,   Po Box 790040,   Saint Louis, MO 63179-0040
14242591    +Citibank/Best Buy,   Centralized Bankruptcy/CitiCorp Credit S,   Po Box 790040,
              St Louis, MO 63179-0040
14242592    +Citibank/The Home Depot,   Po Box 6497,   Sioux Falls, SD 57117-6497
14243769    +Citizens One Auto Finance,   1 Citizens Drive,   ROP15B,   Riverside R.I 02915-3019
14242594     Comenity Bank/Victoria Secret,   Po Box 18215,   Columbus, OH 43218
14242593    +Comenity Bank/gndrmtmc,   Po Box 182125,   Columbus, OH 43218-2125
14242595    +Comeitycapital/boscov,   Po Box 182120,   Columbus, OH 43218-2120
14242596    +Commonwealth of Pennsylvania,   Department of Revenue,   Bureau of Individual Taxes,
              P.O. Box 280432,   Harrisburg, PA 17128-0432
14242597    +First Bankcard,   P.O. Box 2557,   Omaha, NE 68103-2557
14242598    +First National Bank,   Attn: FNN Legal Dept,   1620 Dodge St Mailstop Code 3290,
              Omaha, NE 68102-1593
14250008    +First National Bank of Omaha,   1620 Dodge St.,   Stop Code 3105,   Omaha, NE 68197-0002
14242600    +Kay Jewelers/Sterling Jewelers Inc.,   Sterling Jewelers,   Po Box 1799,   Akron, OH 44309-1799
14242603    +Merho Federal Credit Union,   15 Irene St,   Johnstown, PA 15905-4124
14242605    +Nasa Federal Credit Union,   PO Box 1588,   Bowie, MD 20717-1588
14242606     Nationwide Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
14242607    +RBS Citizens Cc,   Attn: Bankruptcy Department,   443 Jefferson Blvd Ms: Rjw-135,
              Warwick, RI 02886-1321
14248540     Sterling Jewelers Inc.,   c/o Five Lakes Agency, Inc.,   P.O. Box 80730,
              Rochester, MI 48308-0730
14242613    +Target,   C/O Financial & Retail Services,   Mailstop BT Po Box 9475,
              Minneapolis, MN 55440-9475


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14296431    +E-mail/Text: bncmail@w-legal.com Oct 06 2016 01:46:57     COMENITY CAPITAL BANK,
              C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14242589    +E-mail/Text: bk.notifications@jpmchase.com Oct 06 2016 01:46:01     Chase Auto Finance,
              P.O. Box 78050,   Phoenix, AZ 85062-8050
14242599    +E-mail/Text: cio.bncmail@irs.gov Oct 06 2016 01:45:55     Internal Revenue Service,
              Centralized Insolvency Operation,   P.O. Box 7346,   Philadelphia, PA 19101-7346
14263910     E-mail/Text: bk.notifications@jpmchase.com Oct 06 2016 01:46:01     JPMorgan Chase Bank, N.A.,
              National Bankruptcy Department,   P.O. Box 29505 AZ1-1191,   Phoenix, AZ 85038-9505
14285269     E-mail/PDF: resurgentbknotifications@resurgent.com Oct 06 2016 01:51:10
              LVNV Funding, LLC its successors and assigns as,   assignee of EAGLEWOOD WAREHOUSE TRUST I,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14242601    +E-mail/Text: bk@lendingclub.com Oct 06 2016 01:47:19     Lending Club Corp,   71 Stevenson St,
              Suite 300,   San Francisco, CA 94105-2985
14242602     E-mail/Text: camanagement@mtb.com Oct 06 2016 01:45:59     M & T Bank,   P.O. Box 900,
              Millsboro, DE 19966
14257088     E-mail/Text: camanagement@mtb.com Oct 06 2016 01:45:59     M&T Bank,   P.O. Box 840,
              Buffalo, NY 14240-0840
14296324     E-mail/Text: bkr@cardworks.com Oct 06 2016 01:45:43     MERRICK BANK,
              Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
14242604    +E-mail/Text: bkr@cardworks.com Oct 06 2016 01:45:43     Merrick Bank/Geico Card,   Po Box 23356,
              Pittsburg, PA 15222-6356
14244200    +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 06 2016 01:46:14
              Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
              Harrisburg, PA 17128-0946
14273324     E-mail/Text: bnc-quantum@quantum3group.com Oct 06 2016 01:46:04
              Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
14273323     E-mail/Text: bnc-quantum@quantum3group.com Oct 06 2016 01:46:04
              Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
              Kirkland, WA 98083-0788
14242608    +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2016 01:51:32     Syncb/PayPal Credit Service,
              P.O. Box 960080,   Orlando, FL 32896-0080
14242609    +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2016 01:52:08     Synchrony Bank/ JC Penneys,
              Po Box 965064,   Orlando, FL 32896-5064
14242610    +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2016 01:50:58     Synchrony Bank/Amazon,
              Po Box 965064,   Orlando, FL 32896-5064
14242611    +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2016 01:51:32     Synchrony Bank/Lowes,
              Po Box 965064,   Orlando, FL 32896-5064
14242612    +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2016 01:52:09     Synchrony Bank/Old Navy,
              Po Box 965064,   Orlando, FL 32896-5064
14296430    +E-mail/Text: bncmail@w-legal.com Oct 06 2016 01:46:57     TD BANK USA, N.A.,
              C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

                                                                                        TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            M&T Bank
                                                                            TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2016 at the address(es) listed below:
          Joshua I. Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Joint Debtor Kimberly A Miller thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Debtor Ralph M Miller thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                            TOTAL: 5