**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>RALPH M MILLER<br>KIMBERLY A MILLER<br><br>Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>Movant<br>vs.<br>NATIONWIDE BANK<br><br>Respondents | Case No. 16-70443JAD<br><br>Chapter 13<br><br>Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

THE ADDRESS FOR NATIONWIDE BANK AS LISTED BY THE DEBTORS IN THE SCHEDULES IS ACTUALLY THAT OF PNC BANK, WHO HAS RETURNED PAYMENT.  NO PROOF OF CLAIM HAS BEEN FILED.  THE DEBT IS BEING PAID PURSUANT TO THE PLAN.  THE TRUSTEE REQUIRES A VALID PAYMENT ADDRESS.

NATIONWIDE BANK
2730 LIBERTY AVE
PITTSBURGH, PA 15222-4747

Court claim# /Trustee CID# 5

The Movant further certifies that on 10/25/2016 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>RALPH M MILLER, KIMBERLY A MILLER, 1015 POMONA DRIVE, JOHNSTOWN, PA  15905 | DEBTOR'S COUNSEL:<br>KENNETH P SEITZ ESQ, LAW OFFICES OF KENNY P SEITZ, POB 211, LIGONIER, PA  15658 |
| :<br>NATIONWIDE BANK, PO BOX 660173, DALLAS, TX  75266-0173 | ORIGINAL CREDITOR:<br>NATIONWIDE BANK, 2730 LIBERTY AVE, PITTSBURGH, PA  15222-4747 |
| NEW CREDITOR: | |