## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **Case No. 16-70443-JAD** |
| **Ralph M. Miller and** | : | |
| **Kimberly A. Miller,** | : | **Chapter 13** |
| **Debtors** | : | |
| | : | |

### CERTIFICATE OF SERVICE OF AMENDED SCHEDULE D

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify that I

am over the age of eighteen years old under penalty of perjury that I served or caused to be

served, on the 10th day of November, 2016, a true and exact copy of the Amended Schedule D

dated November 4, 2016, along with a copy of the Order dated November 9, 2016, and a copy

the Section 341 Meeting of Creditors Notice on the parties on the attached mailing matrix by

First-Class Mail, U.S. Postage paid.

Executed on: <u>November 10, 2016</u>

Respectfully submitted,
_/s/Kenneth P. Seitz, Esquire_
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtors

## **MATRIX**

Nationwide Bank
P.O. Box 182049
Columbus, OH 43218

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ralph & Kimberly Miller
1015 Pomona Drive
Johnstown, PA 15905