# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

- **Debtor:** RALPH M & KIMBERLY A MILLER
- **Case Number:** 16-70443-JAD       **Chapter:** 13
- **Date / Time / Room:** THURSDAY, NOVEMBER 17, 2016 10:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#23 Amended Plan dated 10/4/16 FC
(Final Conf set for 12/15/16 at 9:30)
R / M #: 23 / 0

### *Appearances:*

- **Debtor:** Seitz
- **Trustee:** Winnecour / Bedford / Pail / Katz
- **Creditor:** McClelland for M&T Bank

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to __12/15/16__ at __3:00 pm__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:


FILED
NOV 17 2016
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

11/9/2016   3:46:09PM