# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>RALPH M MILLER<br>KIMBERLY A MILLER<br><br>     Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>     Movant<br>vs.<br>NATIONWIDE BANK<br><br>     Respondents | Case No. 16-70443JAD<br><br><br><br>Chapter 13<br><br><br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

THE TRUSTEE HAS HAD DIFFICULTY WITH THE CREDITOR ACCEPTING PAYMENT.   RECENT FUNDS WERE RETURNED WITH A POST-IT NOTE INDICATING "ACCOUNT NOT LOCATED".   PRIOR FUNDS HAD BECOME STALE DATED.   PAYMENTS ARE BEING MADE PURSUANT TO A PROOF OF CLAIM AND PLAN PROVISION.

NATIONWIDE BANK
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 1730
WILLIAMSVILLE, NY 14231

Court claim# 27/Trustee CID# 5

The Movant further certifies that on 09/18/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| RALPH M MILLER, KIMBERLY A MILLER, 1015 POMONA DRIVE, JOHNSTOWN, PA  15905 | KENNETH P SEITZ ESQ, LAW OFFICES OF KENNY P SEITZ, POB 211, LIGONIER, PA  15658 |

ORIGINAL CREDITOR:
NATIONWIDE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 1730, WILLIAMSVILLE, NY  14231

NEW CREDITOR: