# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
RALPH M MILLER
KIMBERLY A MILLER

      Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

      Movant
vs.
NATIONWIDE BANK++

      Respondents

Case No. 16-70443JAD

Chapter 13

Document No __

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor's mailing address is defunct according to the Postal Service. No change of address has been received.

NATIONWIDE BANK++
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 1730
WILLIAMSVILLE, NY 14231

Court claim# 27/Trustee CID# 5

The Movant further certifies that on 12/02/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>RALPH M MILLER, KIMBERLY A MILLER, 1015 POMONA DRIVE, JOHNSTOWN, PA  15905 | DEBTOR'S COUNSEL:<br>KENNETH P SEITZ ESQ, LAW OFFICES OF KENNY P SEITZ, POB 211, LIGONIER, PA  15658 |
| ORIGINAL CREDITOR:<br>NATIONWIDE BANK++, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 1730, WILLIAMSVILLE, NY  14231 | |
| NEW CREDITOR: | |