# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :
                                      : **Bankruptcy No. 16-70443-JAD**
   **Ralph M. Miller and**         :
   **Kimberly A. Miller,**         : **Chapter 13**
      **Debtors**  :
                                      :
                                      :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 3rd day of November, 2020, a true and correct copy of the Order dated November 2, 2020, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

      UNIVERSITY OF PITTSBURGH
      4200 FIFTH AVENUE
      PITTSBURGH, PA 15260

      RALPH M. MILLER
      KIMBERLY A. MILLER
      1015 POMONA DRIVE
      JOHNSTOWN, PA 15905

      Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>November 3, 2020</u>

      Respectfully submitted,
      /s/ Jessica L. Tighe
      Jessica L. Tighe; Legal Asst.
      Law Offices of Kenny P. Seitz
      P. O. Box 211
      Ligonier, PA  15658
      (814) 536-7470