IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/2/20 5:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE:<br>Ralph M. Miller and<br>Kimberly A. Miller,<br>Debtors | : <br> : <br> : <br> : <br> : | |
| Ralph M. Miller,<br>Movant | : <br> : <br> : | Bankruptcy No. 16-70443-JAD<br><br>Chapter 13 |
| vs. | : <br> : | Related To Doc. Nos. 60, 10 |
| University of Pittsburgh<br>4200 Fifth Avenue<br>Pittsburgh, PA 15260<br>Respondent<br>and | : <br> : <br> : <br> : <br> : <br> : | Filed Under Local Bankruptcy<br>Rule 9013.4 Para. 6(c) |
| Ronda J. Winnecour, Esquire,<br>Chapter 13 Trustee,<br>Additional Respondent | : <br> : <br> : <br> : | |
| Social Security No. xxx-xx-9318 | : | |

### ORDER TERMINATING PAYROLL DEDUCTION

Upon representation of the above-named Debtor, having filed a Chapter 13 Petition and having moved to attach wages to fund the Chapter 13 Plan.

IT IS THEREFORE, ORDERED that the wage attachment currently in place with the University of Pittsburgh, 4200 Fifth Avenue, Pittsburgh, PA 15260 is terminated.

IT IS FURTHER ORDERED that this Order supersedes previous order made to the above-named entity.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed to upon application to and Order of this Court.

DATED this 2nd day of November, 2020.

_____ mas
Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Ralph M. and Kimberly A. Miller
    Kenneth P. Seitz, Esquire
    University of Pittsburgh
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70443-JAD |
| Ralph M Miller | Chapter 13 |
| Kimberly A Miller | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

District/off: 0315-7    User: msch    Page 1 of 2
Date Rcvd: Nov 02, 2020    Form ID: pdf900    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2020:**

**Recip ID    Recipient Name and Address**
db/jdb    + Ralph M Miller, Kimberly A Miller, 1015 Pomona Drive, Johnstown, PA 15905-1955
         + University of Pittsburgh, Attn: HR / Payroll Dept., 4200 Fifth Avenue, Pittsburgh, PA 15260-0001

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2020    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2020 at the address(es) listed below:

**Name    Email Address**

Brian Nicholas
    on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com

Joshua I. Goldman
    on behalf of Creditor M&T Bank jgoldman@kmllawgroup.com  kevin.shatley@padgettlawgroup.com

Kenneth P. Seitz
    on behalf of Joint Debtor Kimberly A Miller thedebterasers@aol.com

Kenneth P. Seitz
    on behalf of Debtor Ralph M Miller thedebterasers@aol.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-7 | User: msch | Page 2 of 2
Date Rcvd: Nov 02, 2020 | Form ID: pdf900 | Total Noticed: 2

Ronda J. Winnecour
           cmecf@chapter13trusteewdpa.com

TOTAL: 6