# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>RALPH M MILLER<br>KIMBERLY A MILLER<br><br>  Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>  Movant<br>vs.<br>NATIONWIDE BANK++<br><br>  Respondents | Case No. 16-70443JAD<br><br>Chapter 13<br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The mailing address is defunct and mail is being returned by the Postal Service.

| | |
|---|---|
| NATIONWIDE BANK++<br>ATTN: BANKRUPTCY DEPARTMENT<br>PO BOX 1730<br>WILLIAMSVILLE, NY 14231 | Court claim# 27/Trustee CID# 5 |

The Movant further certifies that on 03/19/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
   original creditor
   putative creditor
   counsel for debtor(s)
   counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
RALPH M MILLER, KIMBERLY A MILLER, 1015 POMONA DRIVE, JOHNSTOWN, PA  15905

ORIGINAL CREDITOR:
NATIONWIDE BANK++, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 1730, WILLIAMSVILLE, NY  14231

NEW CREDITOR:

DEBTOR'S COUNSEL:
KENNETH P SEITZ ESQ, LAW OFFICES OF KENNY P SEITZ, POB 211, LIGONIER, PA  15658