IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
                                                )     Case No. 16-70443 JAD
Ralph M. Miller                                 )
Kimberly A. Miller                              )
                                                )     Chapter 13
            Debtors                             )     Document No. _____
                                                )     Related to Proof of Claim 27

<u>CONSENT ORDER</u>

WHEREAS, Nationwide Bank filed Proof of Claim 27 (the "Claim") and said Claim was provided for in the Debtors' Plan, and

WHEREAS, the Trustee has been advised by the Debtor that the claim has been paid in full and title has been released,

AND NOW THEREFORE, the parties agree, and it is hereby ORDERED that the Trustee shall terminate further payments on account of the Claim and close off the record, and shall distribute such funds as would have been paid to the Claim under the Plan toward general plan funding, including funding a POT for general non-priority unsecured creditors.

SO ORDERED, this ____ day of _____, 202__

BY THE COURT:

_____
Jeffery A. Deller
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/Kenneth P. Seitz
Kenneth P. Seitz, Esquire (PA I.D. #81666)
Attorney for debtors
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
814-536-7470
thedebterasers@aol.com