**Form 408**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Ralph M Miller**
**Kimberly A Miller**
   Debtor(s)

Bankruptcy Case No.: 16−70443−JAD
Related To ECF No. 74
Chapter: 13
Docket No.: 75 − 74

### ORDER SETTING DATE CERTAIN
### FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 26th of July, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 9/7/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **9/17/21 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **9/7/21.**

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70443-JAD |
| Ralph M Miller | Chapter 13 |
| Kimberly A Miller | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: msch | Page 1 of 4 |
| Date Rcvd: Jul 26, 2021 | Form ID: 408 | Total Noticed: 52 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ralph M Miller, Kimberly A Miller, 1015 Pomona Drive, Johnstown, PA 15905-1955 |
| 14242585 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 14292557 | | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14242586 | + | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 14849285 | | Berkheimer, P.O. Box 25152, Lehigh Valley, PA 18002-5152 |
| 14242596 | + | Commonwealth of Pennsylvania, Department of Revenue, Bureau of Individual Taxes, P.O. Box 280432, Harrisburg, PA 17128-0432 |
| 14242597 | + | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 14242598 | + | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68102-1593 |
| 14242600 | + | Kay Jewelers/Sterling Jewelers Inc., Sterling Jewelers, Po Box 1799, Akron, OH 44309-1799 |
| 14242603 | + | Merho Federal Credit Union, 15 Irene St, Johnstown, PA 15905-4124 |
| 14320131 | + | Nationwide Bank, P.O. Box 1730, Williamsville, NY 14231-1730 |
| 14242606 | | Nationwide Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4747 |
| 14317398 | + | Nationwide Bank, P.O. Box 182049, Columbus, OH 43218-2049 |
| 14250008 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14248540 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 14242613 | + | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Jul 26 2021 23:25:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14242587 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 26 2021 23:34:12 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14243769 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 26 2021 23:25:00 | Citizens One Auto Finance, 1 Citizens Drive, ROP15B, Riverside R.I.02915 |
| 14242607 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 26 2021 23:25:00 | RBS Citizens Cc, Attn: Bankruptcy Department, 443 Jefferson Blvd Ms: Rjw-135, Warwick, RI 02886 |
| 14296431 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 26 2021 23:25:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14242589 | + | Email/Text: bk.notifications@jpmchase.com | Jul 26 2021 23:25:00 | Chase Auto Finance, P.O. Box 78050, Phoenix, AZ 85062-8050 |
| 14242590 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 26 2021 23:34:12 | Citibank, Citicorp/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14242591 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 26 2021 23:34:13 | Citibank/Best Buy, Centralized |

District/off: 0315-7                                    User: msch                                    Page 2 of 4

Date Rcvd: Jul 26, 2021                                 Form ID: 408                                  Total Noticed: 52

| | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy/CitiCorp Credit S, Po Box 790040, St Louis, MO 63179-0040 |
| 14242592 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 26 2021 23:34:13 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14242594 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 26 2021 23:25:00 | Comenity Bank/Victoria Secret, Po Box 18215, Columbus, OH 43218 |
| 14242593 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 26 2021 23:25:00 | Comenity Bank/gndrmtmc, Po Box 182125, Columbus, OH 43218-2125 |
| 14242595 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 26 2021 23:25:00 | Comenitycapital/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14242599 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 26 2021 23:25:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14242588 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 26 2021 23:33:55 | Chase, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14263910 | | Email/Text: bk.notifications@jpmchase.com | Jul 26 2021 23:25:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14285269 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2021 23:34:11 | LVNV Funding, LLC its successors and assigns as, assignee of EAGLEWOOD WAREHOUSE TRUST I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14307759 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2021 23:33:57 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14741980 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2021 23:33:57 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 14242601 | + | Email/Text: bk@lendingclub.com | Jul 26 2021 23:25:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 14242602 | | Email/Text: camanagement@mtb.com | Jul 26 2021 23:25:00 | M & T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 14257088 | | Email/Text: camanagement@mtb.com | Jul 26 2021 23:25:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14296324 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 26 2021 23:34:02 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14306450 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 26 2021 23:25:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14242604 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 26 2021 23:34:09 | Merrick Bank/Geico Card, Po Box 23356, Pittsburg, PA 15222-6356 |
| 14242605 | | Email/Text: e-bankruptcy@nasafcu.com | Jul 26 2021 23:25:00 | Nasa Federal Credit Union, PO Box 1588, Bowie, MD 20717 |
| 14320671 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 26 2021 23:34:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14244200 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 26 2021 23:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14273324 | | Email/Text: bnc-quantum@quantum3group.com | Jul 26 2021 23:25:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14273323 | | Email/Text: bnc-quantum@quantum3group.com | Jul 26 2021 23:25:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14952039 | + | Email/Text: bncmail@w-legal.com | Jul 26 2021 23:25:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

District/off: 0315-7                              User: msch                                    Page 3 of 4

Date Rcvd: Jul 26, 2021                           Form ID: 408                                  Total Noticed: 52

| 14242608 | + Email/PDF: gecsedi@recoverycorp.com | | |
|---|---|---|---|
| | | Jul 26 2021 23:33:54 | Syncb/PayPal Credit Service, P.O. Box 960080, Orlando, FL 32896-0080 |
| 14242609 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 26 2021 23:34:01 | Synchrony Bank/ JC Penneys, Po Box 965064, Orlando, FL 32896-5064 |
| 14242610 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 26 2021 23:34:01 | Synchrony Bank/Amazon, Po Box 965064, Orlando, FL 32896-5064 |
| 14242611 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 26 2021 23:34:08 | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 14242612 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 26 2021 23:34:01 | Synchrony Bank/Old Navy, Po Box 965064, Orlando, FL 32896-5064 |
| 14296430 | + Email/Text: bncmail@w-legal.com | | |
| | | Jul 26 2021 23:25:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2021                      Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Joshua I. Goldman | |
| | on behalf of Creditor M&T Bank jgoldman@kmllawgroup.com angelica.reyes@padgettlawgroup.com |
| Kenneth P. Seitz | |
| | on behalf of Joint Debtor Kimberly A Miller thedebterasers@aol.com |
| Kenneth P. Seitz | |
| | on behalf of Debtor Ralph M Miller thedebterasers@aol.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

District/off: 0315-7                          User: msch                                    Page 4 of 4
Date Rcvd: Jul 26, 2021                       Form ID: 408                          Total Noticed: 52
TOTAL: 6