**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

RALPH M MILLER
KIMBERLY A MILLER
    Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
    Movant
   vs.
No Respondents.

Case No.:16-70443 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 26, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/09/2016 and confirmed on 8/26/16. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 115,560.60 |
| Less Refunds to Debtor | 56.66 | |
| TOTAL AMOUNT OF PLAN FUND | | 115,503.94 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,279.00 | |
|   Trustee Fee | 5,671.68 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,950.68 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   M & T BANK | 0.00 | 67,786.58 | 0.00 | 67,786.58 |
|     Acct: 7938 | | | | |
|   M & T BANK | 2,322.36 | 2,322.36 | 0.00 | 2,322.36 |
|     Acct: 7938 | | | | |
|   STERLING JEWELERS D/B/A KAY JEWELE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1157 | | | | |
|   BANK OF AMERICA NA** | 8,954.50 | 8,954.50 | 1,020.59 | 9,975.09 |
|     Acct: 9876 | | | | |
|   JPMORGAN CHASE BANK NA | 13,667.25 | 13,667.25 | 1,509.06 | 15,176.31 |
|     Acct: 1903 | | | | |
|   NATIONWIDE BANK++ | 126.64 | 126.64 | 31.82 | 158.46 |
|     Acct: 9318 | | | | |
| | | | | 95,418.80 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RALPH M MILLER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RALPH M MILLER | 56.66 | 56.66 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,279.00 | 3,279.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 1,691.18 | 1,691.18 | 0.00 | 1,691.18 |
|     Acct: 9318 | | | | |
|   INTERNAL REVENUE SERVICE* | 3,705.20 | 3,705.20 | 0.00 | 3,705.20 |
|     Acct: 9318 | | | | |
|   BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9888 | | | | |
| | | | | 5,396.38 |
| **Unsecured** | | | | |
|   BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 7793 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 2,057.76 | 105.41 | 0.00 | 105.41 |
| Acct: 7776 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 3,106.24 | 159.12 | 0.00 | 159.12 |
| Acct: 3819 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6012 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2440 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6825 | | | | |
|   CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8488 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 9,086.24 | 465.45 | 0.00 | 465.45 |
| Acct: 5710 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 646.39 | 33.11 | 0.00 | 33.11 |
| Acct: 8546 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENI | 4,103.84 | 210.22 | 0.00 | 210.22 |
| Acct: 9589 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENI | 3,052.39 | 156.36 | 0.00 | 156.36 |
| Acct: 9572 | | | | |
|   QUANTUM3 GROUP LLC - AGENT COMEN | 1,503.88 | 77.03 | 0.00 | 77.03 |
| Acct: 0749 | | | | |
|   FIRST BANKCARD CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2141 | | | | |
|   FIRST NATIONAL BANK OF OMAHA(*) | 12,207.77 | 625.35 | 0.00 | 625.35 |
| Acct: 2141 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 23,849.22 | 1,221.71 | 0.00 | 1,221.71 |
| Acct: 2238 | | | | |
|   MERHO FEDERAL CREDIT UNION | 1,329.54 | 68.10 | 0.00 | 68.10 |
| Acct: 4896 | | | | |
|   MERRICK BANK | 1,759.62 | 90.14 | 0.00 | 90.14 |
| Acct: 4496 | | | | |
|   NASA FCU | 13,205.90 | 676.49 | 0.00 | 676.49 |
| Acct: 7721 | | | | |
|   CITIZENS BANK(*) | 13,381.25 | 685.47 | 0.00 | 685.47 |
| Acct: 5559 | | | | |
|   BILL ME LATER INC A/S/F SYNCHRONY B | 3,848.52 | 197.14 | 0.00 | 197.14 |
| Acct: 5409 | | | | |
|   MIDLAND FUNDING LLC | 5,823.17 | 298.30 | 0.00 | 298.30 |
| Acct: 0046 | | | | |
|   MIDLAND FUNDING LLC | 4,467.07 | 228.83 | 0.00 | 228.83 |
| Acct: 2696 | | | | |
|   MIDLAND FUNDING LLC | 730.20 | 37.41 | 0.00 | 37.41 |
| Acct: 5994 | | | | |
|   MIDLAND FUNDING LLC | 1,745.76 | 89.43 | 0.00 | 89.43 |
| Acct: 1618 | | | | |
|   MIDLAND FUNDING LLC | 4,855.64 | 248.73 | 0.00 | 248.73 |
| Acct: 1081 | | | | |
|   TD BANK USA NA** | 1,108.71 | 56.80 | 0.00 | 56.80 |
| Acct: 9890 | | | | |
|   PA DEPARTMENT OF REVENUE* | 109.11 | 5.59 | 0.00 | 5.59 |
| Acct: 9318 | | | | |
|   INTERNAL REVENUE SERVICE* | 36.85 | 1.89 | 0.00 | 1.89 |
| Acct: 9318 | | | | |
|   JOSHUA I GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 5,738.08 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 106,553.26 |

```
TOTAL CLAIMED
PRIORITY           5,396.38
SECURED           25,070.75
UNSECURED        112,015.07
```

Date: 07/26/2021                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    RALPH M MILLER
    KIMBERLY A MILLER
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-70443 JAD

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

    BY THE COURT:

    _____
    U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Ralph M Miller  
Kimberly A Miller  
    Debtors

Case No. 16-70443-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: msch      Page 1 of 4  
Date Rcvd: Jul 26, 2021      Form ID: pdf900      Total Noticed: 52

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ralph M Miller, Kimberly A Miller, 1015 Pomona Drive, Johnstown, PA 15905-1955 |
| 14242585 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 14292557 | | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14242586 | + | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 14849285 | | Berkheimer, P.O. Box 25152, Lehigh Valley, PA 18002-5152 |
| 14242596 | + | Commonwealth of Pennsylvania, Department of Revenue, Bureau of Individual Taxes, P.O. Box 280432, Harrisburg, PA 17128-0432 |
| 14242597 | + | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 14242598 | + | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68102-1593 |
| 14242600 | + | Kay Jewelers/Sterling Jewelers Inc., Sterling Jewelers, Po Box 1799, Akron, OH 44309-1799 |
| 14242603 | + | Merho Federal Credit Union, 15 Irene St, Johnstown, PA 15905-4124 |
| 14320131 | + | Nationwide Bank, P.O. Box 1730, Williamsville, NY 14231-1730 |
| 14242606 | | Nationwide Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4747 |
| 14317398 | + | Nationwide Bank, P.O. Box 182049, Columbus, OH 43218-2049 |
| 14250008 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14248540 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 14242613 | + | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Jul 26 2021 23:25:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14242587 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 26 2021 23:34:05 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14243769 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 26 2021 23:25:00 | Citizens One Auto Finance, 1 Citizens Drive, ROP15B, Riverside R.I.02915 |
| 14242607 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 26 2021 23:25:00 | RBS Citizens Cc, Attn: Bankruptcy Department, 443 Jefferson Blvd Ms: Rjw-135, Warwick, RI 02886 |
| 14296431 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 26 2021 23:25:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14242589 | + | Email/Text: bk.notifications@jpmchase.com | Jul 26 2021 23:25:00 | Chase Auto Finance, P.O. Box 78050, Phoenix, AZ 85062-8050 |
| 14242590 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 26 2021 23:34:04 | Citibank, Citicorp/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14242591 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 26 2021 23:34:04 | Citibank/Best Buy, Centralized |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Bankruptcy/CitiCorp Credit S, Po Box 790040, St Louis, MO 63179-0040 |
| 14242592 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 26 2021 23:33:57 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14242594 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 26 2021 23:25:00 | Comenity Bank/Victoria Secret, Po Box 18215, Columbus, OH 43218 |
| 14242593 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 26 2021 23:25:00 | Comenity Bank/gndrmtmc, Po Box 182125, Columbus, OH 43218-2125 |
| 14242595 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 26 2021 23:25:00 | Comenitycapital/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14242599 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 26 2021 23:25:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14242588 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 26 2021 23:33:55 | Chase, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14263910 | | Email/Text: bk.notifications@jpmchase.com | Jul 26 2021 23:25:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14285269 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2021 23:33:57 | LVNV Funding, LLC its successors and assigns as, assignee of EAGLEWOOD WAREHOUSE TRUST I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14307759 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2021 23:34:05 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14741980 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2021 23:33:57 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 14242601 | + | Email/Text: bk@lendingclub.com | Jul 26 2021 23:25:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 14242602 | | Email/Text: camanagement@mtb.com | Jul 26 2021 23:25:00 | M & T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 14257088 | | Email/Text: camanagement@mtb.com | Jul 26 2021 23:25:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14296324 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 26 2021 23:34:02 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14306450 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 26 2021 23:25:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14242604 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 26 2021 23:34:02 | Merrick Bank/Geico Card, Po Box 23356, Pittsburg, PA 15222-6356 |
| 14242605 | | Email/Text: e-bankruptcy@nasafcu.com | Jul 26 2021 23:25:00 | Nasa Federal Credit Union, PO Box 1588, Bowie, MD 20717 |
| 14320671 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 26 2021 23:33:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14244200 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 26 2021 23:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14273324 | | Email/Text: bnc-quantum@quantum3group.com | Jul 26 2021 23:25:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14273323 | | Email/Text: bnc-quantum@quantum3group.com | Jul 26 2021 23:25:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14952039 | + | Email/Text: bncmail@w-legal.com | Jul 26 2021 23:25:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

Case 16-70443-JAD    Doc 78    Filed 07/28/21    Entered 07/29/21 00:32:40    Desc Imaged
Certificate of Notice    Page 8 of 9

| District/off: 0315-7 | User: msch | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 26, 2021 | Form ID: pdf900 | Total Noticed: 52 |

| 14242608 | + Email/PDF: gecsedi@recoverycorp.com | Jul 26 2021 23:34:01 | Syncb/PayPal Credit Service, P.O. Box 960080, Orlando, FL 32896-0080 |
| 14242609 | + Email/PDF: gecsedi@recoverycorp.com | Jul 26 2021 23:33:54 | Synchrony Bank/ JC Penneys, Po Box 965064, Orlando, FL 32896-5064 |
| 14242610 | + Email/PDF: gecsedi@recoverycorp.com | Jul 26 2021 23:33:54 | Synchrony Bank/Amazon, Po Box 965064, Orlando, FL 32896-5064 |
| 14242611 | + Email/PDF: gecsedi@recoverycorp.com | Jul 26 2021 23:33:54 | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 14242612 | + Email/PDF: gecsedi@recoverycorp.com | Jul 26 2021 23:34:01 | Synchrony Bank/Old Navy, Po Box 965064, Orlando, FL 32896-5064 |
| 14296430 | + Email/Text: bncmail@w-legal.com | Jul 26 2021 23:25:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor M&T Bank jgoldman@kmllawgroup.com angelica.reyes@padgettlawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Kimberly A Miller thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Ralph M Miller thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-7                           User: msch                                           Page 4 of 4
Date Rcvd: Jul 26, 2021                        Form ID: pdf900                                Total Noticed: 52

TOTAL: 6