| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Ralph M Miller** | Social Security number or ITIN  xxx–xx–9318 |
| First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 **Kimberly A Miller** (Spouse, if filing) | Social Security number or ITIN  xxx–xx–3931 |
| First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: **16–70443–JAD** | |

# Order of Discharge                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ralph M Miller                                                Kimberly A Miller

<u>9/8/21</u>                                                                **By the court:**        <u>Jeffery A. Deller</u>
                                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Ralph M Miller  
Kimberly A Miller  
    Debtors

Case No. 16-70443-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: aala      Page 1 of 4  
Date Rcvd: Sep 08, 2021      Form ID: 3180W      Total Noticed: 53

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ralph M Miller, Kimberly A Miller, 1015 Pomona Drive, Johnstown, PA 15905-1955 |
| 14849285 | | Berkheimer, P.O. Box 25152, Lehigh Valley, PA 18002-5152 |
| 14242596 | + | Commonwealth of Pennsylvania, Department of Revenue, Bureau of Individual Taxes, P.O. Box 280432, Harrisburg, PA 17128-0432 |
| 14242597 | + | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 14242598 | + | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68102-1593 |
| 14242600 | + | Kay Jewelers/Sterling Jewelers Inc., Sterling Jewelers, Po Box 1799, Akron, OH 44309-1799 |
| 14242603 | + | Merho Federal Credit Union, 15 Irene St, Johnstown, PA 15905-4124 |
| 14320131 | + | Nationwide Bank, P.O. Box 1730, Williamsville, NY 14231-1730 |
| 14242606 | | Nationwide Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4747 |
| 14317398 | + | Nationwide Bank, P.O. Box 182049, Columbus, OH 43218-2049 |
| 14250008 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14248540 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 09 2021 03:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 08 2021 23:09:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bncmail@w-legal.com | Sep 08 2021 23:09:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14242585 | | EDI: BANKAMER.COM | Sep 09 2021 03:13:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 14292557 | | EDI: BANKAMER.COM | Sep 09 2021 03:13:00 | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14242586 | + | EDI: TSYS2.COM | Sep 09 2021 03:13:00 | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 14242587 | + | EDI: CITICORP.COM | Sep 09 2021 03:13:00 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14243769 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 08 2021 23:09:00 | Citizens One Auto Finance, 1 Citizens Drive, ROP15B, Riverside R.I.02915 |
| 14242607 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 08 2021 23:09:00 | RBS Citizens Cc, Attn: Bankruptcy Department, 443 Jefferson Blvd Ms: Rjw-135, Warwick, RI |

Case 16-70443-JAD    Doc 83    Filed 09/10/21    Entered 09/11/21 00:34:25    Desc Imaged
                                Certificate of Notice    Page 4 of 6

| District/off: 0315-7 | User: aala | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 08, 2021 | Form ID: 3180W | Total Noticed: 53 |

| | | | |
|---|---|---|---|
| | | | 02886 |
| 14296431 | + EDI: WFNNB.COM | Sep 09 2021 03:13:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14242589 | + EDI: CHASEAUTO | Sep 09 2021 03:13:00 | Chase Auto Finance, P.O. Box 78050, Phoenix, AZ 85062-8050 |
| 14242590 | + EDI: CITICORP.COM | Sep 09 2021 03:13:00 | Citibank, Citicorp/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14242591 | + EDI: CITICORP.COM | Sep 09 2021 03:13:00 | Citibank/Best Buy, Centralized Bankruptcy/CitiCorp Credit S, Po Box 790040, St Louis, MO 63179-0040 |
| 14242592 | + EDI: CITICORP.COM | Sep 09 2021 03:13:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14242594 | EDI: WFNNB.COM | Sep 09 2021 03:13:00 | Comenity Bank/Victoria Secret, Po Box 18215, Columbus, OH 43218 |
| 14242593 | + EDI: WFNNB.COM | Sep 09 2021 03:13:00 | Comenity Bank/gndrmtmc, Po Box 182125, Columbus, OH 43218-2125 |
| 14242595 | + EDI: WFNNB.COM | Sep 09 2021 03:13:00 | Comenitycapital/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14242599 | + EDI: IRS.COM | Sep 09 2021 03:13:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14242588 | EDI: JPMORGANCHASE | Sep 09 2021 03:13:00 | Chase, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14263910 | EDI: CHASEAUTO | Sep 09 2021 03:13:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14285269 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2021 23:19:02 | LVNV Funding, LLC its successors and assigns as, assignee of EAGLEWOOD WAREHOUSE TRUST I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14307759 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2021 23:18:58 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14741980 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2021 23:18:54 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 14242601 | + Email/Text: bk@lendingclub.com | Sep 08 2021 23:09:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 14242602 | Email/Text: camanagement@mtb.com | Sep 08 2021 23:09:00 | M & T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 14257088 | Email/Text: camanagement@mtb.com | Sep 08 2021 23:09:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14296324 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 08 2021 23:18:57 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14306450 | + EDI: MID8.COM | Sep 09 2021 03:13:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14242604 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 08 2021 23:18:57 | Merrick Bank/Geico Card, Po Box 23356, Pittsburg, PA 15222-6356 |
| 14242605 | Email/Text: e-bankruptcy@nasafcu.com | Sep 08 2021 23:09:00 | Nasa Federal Credit Union, PO Box 1588, Bowie, MD 20717 |
| 14320671 | EDI: PRA.COM | Sep 09 2021 03:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14244200 | + EDI: PENNDEPTREV | Sep 09 2021 03:13:00 | Pennsylvania Department of Revenue, Bankruptcy |

Case 16-70443-JAD    Doc 83    Filed 09/10/21    Entered 09/11/21 00:34:25    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-7 | User: aala | Page 3 of 4 |
| --- | --- | --- |
| Date Rcvd: Sep 08, 2021 | Form ID: 3180W | Total Noticed: 53 |

| Recip ID | | Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14244200 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 08 2021 23:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14273324 | | EDI: Q3G.COM | Sep 09 2021 03:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14273323 | | EDI: Q3G.COM | Sep 09 2021 03:13:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14952039 | + | Email/Text: bncmail@w-legal.com | Sep 08 2021 23:09:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14242608 | + | EDI: RMSC.COM | Sep 09 2021 03:13:00 | Syncb/PayPal Credit Service, P.O. Box 960080, Orlando, FL 32896-0080 |
| 14242609 | + | EDI: RMSC.COM | Sep 09 2021 03:13:00 | Synchrony Bank/ JC Penneys, Po Box 965064, Orlando, FL 32896-5064 |
| 14242610 | + | EDI: RMSC.COM | Sep 09 2021 03:13:00 | Synchrony Bank/Amazon, Po Box 965064, Orlando, FL 32896-5064 |
| 14242611 | + | EDI: RMSC.COM | Sep 09 2021 03:13:00 | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 14242612 | + | EDI: RMSC.COM | Sep 09 2021 03:13:00 | Synchrony Bank/Old Navy, Po Box 965064, Orlando, FL 32896-5064 |
| 14296430 | + | Email/Text: bncmail@w-legal.com | Sep 08 2021 23:09:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14242613 | + | EDI: WTRRNBANK.COM | Sep 09 2021 03:13:00 | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | M&T Bank |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2021    Signature:    /s/Joseph Speetjens

| District/off: 0315-7 | User: aala | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 08, 2021 | Form ID: 3180W | Total Noticed: 53 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor M&T Bank jgoldman@kmllawgroup.com angelica.reyes@padgettlawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Kimberly A Miller thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Ralph M Miller thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6