**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/8/21 4:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    RALPH M MILLER
    KIMBERLY A MILLER
        Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

**DEFAULT O/E JAD**

Case No. 16-70443-JAD

Chapter 13

Related To ECF No. 74

**ORDER OF COURT**

    AND NOW, this 8th day of September, 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4) Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated

    (5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

mas

JEFFERY A. DELLER
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Ralph M Miller  
Kimberly A Miller  
    Debtors

Case No. 16-70443-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: aala | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Sep 08, 2021 | Form ID: pdf900 | Total Noticed: 52 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ralph M Miller, Kimberly A Miller, 1015 Pomona Drive, Johnstown, PA 15905-1955 |
| 14242585 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 14292557 | | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14242586 | + | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 14849285 | | Berkheimer, P.O. Box 25152, Lehigh Valley, PA 18002-5152 |
| 14242596 | + | Commonwealth of Pennsylvania, Department of Revenue, Bureau of Individual Taxes, P.O. Box 280432, Harrisburg, PA 17128-0432 |
| 14242597 | + | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 14242598 | + | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68102-1593 |
| 14242600 | + | Kay Jewelers/Sterling Jewelers Inc., Sterling Jewelers, Po Box 1799, Akron, OH 44309-1799 |
| 14242603 | + | Merho Federal Credit Union, 15 Irene St, Johnstown, PA 15905-4124 |
| 14320131 | + | Nationwide Bank, P.O. Box 1730, Williamsville, NY 14231-1730 |
| 14242606 | | Nationwide Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4747 |
| 14317398 | + | Nationwide Bank, P.O. Box 182049, Columbus, OH 43218-2049 |
| 14250008 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14248540 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 14242613 | + | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Sep 08 2021 23:09:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14242587 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2021 23:18:59 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14243769 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 08 2021 23:09:00 | Citizens One Auto Finance, 1 Citizens Drive, ROP15B, Riverside R.I.02915 |
| 14242607 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 08 2021 23:09:00 | RBS Citizens Cc, Attn: Bankruptcy Department, 443 Jefferson Blvd Ms: Rjw-135, Warwick, RI 02886 |
| 14296431 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 08 2021 23:09:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14242589 | + | Email/Text: bk.notifications@jpmchase.com | Sep 08 2021 23:09:00 | Chase Auto Finance, P.O. Box 78050, Phoenix, AZ 85062-8050 |
| 14242590 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2021 23:19:04 | Citibank, Citicorp/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14242591 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2021 23:18:59 | Citibank/Best Buy, Centralized |

Case 16-70443-JAD   Doc 84   Filed 09/10/21   Entered 09/11/21 00:34:25   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0315-7 | User: aala | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 08, 2021 | Form ID: pdf900 | Total Noticed: 52 |

| | | | |
|---|---|---|---|
| | | | Bankruptcy/CitiCorp Credit S, Po Box 790040, St Louis, MO 63179-0040 |
| 14242592 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2021 23:19:04 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14242594 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 08 2021 23:09:00 | Comenity Bank/Victoria Secret, Po Box 18215, Columbus, OH 43218 |
| 14242593 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 08 2021 23:09:00 | Comenity Bank/gndrmtmc, Po Box 182125, Columbus, OH 43218-2125 |
| 14242595 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 08 2021 23:09:00 | Comenitycapital/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14242599 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 08 2021 23:09:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14242588 | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 08 2021 23:19:01 | Chase, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14263910 | Email/Text: bk.notifications@jpmchase.com | Sep 08 2021 23:09:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14285269 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2021 23:18:54 | LVNV Funding, LLC its successors and assigns as, assignee of EAGLEWOOD WAREHOUSE TRUST I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14307759 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2021 23:18:55 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14741980 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2021 23:18:55 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 14242601 | + Email/Text: bk@lendingclub.com | Sep 08 2021 23:09:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 14242602 | Email/Text: camanagement@mtb.com | Sep 08 2021 23:09:00 | M & T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 14257088 | Email/Text: camanagement@mtb.com | Sep 08 2021 23:09:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14296324 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 08 2021 23:18:53 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14306450 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 08 2021 23:09:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14242604 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 08 2021 23:18:54 | Merrick Bank/Geico Card, Po Box 23356, Pittsburg, PA 15222-6356 |
| 14242605 | Email/Text: e-bankruptcy@nasafcu.com | Sep 08 2021 23:09:00 | Nasa Federal Credit Union, PO Box 1588, Bowie, MD 20717 |
| 14320671 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 08 2021 23:18:57 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14244200 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 08 2021 23:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14273324 | Email/Text: bnc-quantum@quantum3group.com | Sep 08 2021 23:09:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14273323 | Email/Text: bnc-quantum@quantum3group.com | Sep 08 2021 23:09:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14952039 | + Email/Text: bncmail@w-legal.com | Sep 08 2021 23:09:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

Case 16-70443-JAD   Doc 84   Filed 09/10/21   Entered 09/11/21 00:34:25   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-7 | User: aala | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 08, 2021 | Form ID: pdf900 | Total Noticed: 52 |

| Recip ID | | Notice Type | | Date/Time | Name and Address |
|---|---|---|---|---|---|
| 14242608 | + | Email/PDF: gecsedi@recoverycorp.com | | Sep 08 2021 23:18:53 | Syncb/PayPal Credit Service, P.O. Box 960080, Orlando, FL 32896-0080 |
| 14242609 | + | Email/PDF: gecsedi@recoverycorp.com | | Sep 08 2021 23:19:01 | Synchrony Bank/ JC Penneys, Po Box 965064, Orlando, FL 32896-5064 |
| 14242610 | + | Email/PDF: gecsedi@recoverycorp.com | | Sep 08 2021 23:18:57 | Synchrony Bank/Amazon, Po Box 965064, Orlando, FL 32896-5064 |
| 14242611 | + | Email/PDF: gecsedi@recoverycorp.com | | Sep 08 2021 23:18:53 | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 14242612 | + | Email/PDF: gecsedi@recoverycorp.com | | Sep 08 2021 23:18:57 | Synchrony Bank/Old Navy, Po Box 965064, Orlando, FL 32896-5064 |
| 14296430 | + | Email/Text: bncmail@w-legal.com | | Sep 08 2021 23:09:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 10, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor M&T Bank jgoldman@kmllawgroup.com angelica.reyes@padgettlawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Kimberly A Miller thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Ralph M Miller thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-7 User: aala Page 4 of 4
Date Rcvd: Sep 08, 2021 Form ID: pdf900 Total Noticed: 52
TOTAL: 6